Charles X. Gormally, Esq. (Bar No. 023581979)
Lucas Markowitz, Esq. (Bar No. 023802011)
**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700
*Attorneys for Jane Doe 1, individually
and on behalf of all other persons similarly situated*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BANC, JACK & JOE, LLC dba TITILATIONS GO-GO-BAR, BANC PERO, JOSPEH CARERI, JACK PERO, ABC COMPANIES 1-10 and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No.: 2:17-cv-03843-KSH-CLW |

### NOTICE OF MOTION FOR (1) CONDITIONAL COLLECTIVE ACTION CERTIFICATION; (2) COURT AUTHORIZED NOTICE; (3) PRODUCTION OF NAMES AND ADDRESSES PURSUANT TO 29 U.S.C. § 216(b); (4) CLASS <u>CERTIFICATION PURSUANT TO FED. R. CIV. P. 23</u>

**TO:**   **Pádraig P. Flanagan, Esq.**
          **Florio Perrucci Steinhardt and Fader, LLC**
          **235 Broubalow Way**
          **Phillipsburg, NJ 08865**

**PLEASE TAKE NOTICE** that on June 3, 2019 at 9:00 o'clock in the forenoon or as

soon thereafter as counsel may be heard, the undersigned that Brach Eichler LLC, attorneys for

Plaintiff Jane Doe 1, individually and on behalf of all other persons similarly situated, shall

move before the Honorable Katharine S. Hayden, United States District Court for the District of

New Jersey, for an Order: (1) certifying a collective class of Titilations Go-Go-Bar

employees/independent contractors who worked as exotic dancers during the relevant time period; (2) granting the issuance of Court-authorized notice to the conditional class members of the class; (3) compelling the production of names and addresses of such prospective members for the effective dissemination of notice as soon as possible; (4) certifying certify a class consisting of the following individuals pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure:

> All persons who, during the period of May 31, 2014 and continuing through the entry of judgment in this case, performed as an exotic dancer at Defendants' adult entertainment club in Bloomfield, New Jersey;

and (5) certifying certify a class consisting of the following individuals pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure:

> All persons who currently perform as an exotic dancers at Defendants' adult entertainment club in Bloomfield, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Declarations of Jane Doe 1 and Lucas A. Markowitz, Esq., and a Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Notice and Consent to Sue is attached.

Dated: April 29, 2019                                    /s/ Lucas A. Markowitz
                                                         Charles X. Gormally, Esq.
                                                         cgormally@bracheichler.com
                                                         Lucas A. Markowitz, Esq.
                                                         lmarkowitz@bracheichler.com
                                                         **BRACH EICHLER L.L.C.**
                                                         101 Eisenhower Parkway
                                                         Roseland, NJ  07068
                                                         Telephone: (973) 228-5700
                                                         Facsimile: (973) 618-5920
                                                         *Attorneys for Plaintiff, individually and on behalf of all others similarly situated*