# EXHIBIT B


DEFENDANT'S
EXHIBIT
5
11/20/18

# DANCER INFO AND RULES

### SCHEDULE:
BE HERE 30 MINUTES BEFORE YOUR SHIFT STARTS.
11:30 AM FOR NOON.    2:30 PM FOR 3:00 PM    7:00 PM FOR 7:30 PM

### BRING:
BRING AT LEAST 2 PAIRS OF HEELS AND AT
LEAST 4 DIFFERENT COLOR OUTFITS.
YOU WILL WEAR EACH OUTFIT ONLY 2 TIMES PER SHIFT.

### DANCE SET:
PLEASE START YOUR SET ON TIME. YOU ALL DO 30 TOTAL MINUTES.
15 MINUTES ON STAGE DANCING. 15 MINUTES WALKING BAR FOR TIPS.
DANCING MEANS DANCING, POLE WORK, FLOOR WORK.
STANDING AROUND LOOKING BORED OR TALKING TO OTHER DANCERS
IS NOT DANCING. YOU ARE HERE TO DANCE AND ENTERTAIN.

### TIPPING:
YOU MAY WALK AROUND THE BAR 2 TIMES FOR TIPS. NO MORE!
PLEASE DO NOT BOTHER CUSTOMERS WHO ARE EATING. DO NOT WAIT ON A DANCER LINE
TO TAKE A TIP. TALKING TO CUSTOMERS IS A GOOD IDEA. SO IS SMILING.

### DOWN TIME:
YOU HAVE 30 MINUTES BETWEEN SETS TO DO AS YOU LIKE.
YOU CAN EAT, DRINK, DO PRIVATE DANCES, CHAMPAGNE DANCES, SMOKE IN THE LOUNGE,
WHATEVER YOU LIKE. PLEASE DO NOT EAT WHILE YOU ARE BEHIND THE BAR.

### PRIVATE DANCES:
ARE 5 MINUTES LONG AND YOU CHARGE $20. DO NOT OVERCHARGE
OR DANCE FOR LESS TIME. MAKE SURE YOUR CUSTOMERS
UNDERSTAND WHEN YOU ARE DOING ANOTHER DANCE.
DO NOT GO ON YOUR KNEES IN A PRIVATE DANCE BOOTH.
CHAMPAGNE DANCES ARE 30 MINUTES LONG AND YOUR PAY IS $100.
TIPPING IS UP TO THE CUSTOMER.

### FEES:
THERE ARE ONLY TWO FEES HERE. HOUSE FEE IS $30 AND THE
D.J. FEE IS $15. ALL YOUR TIPS AND DANCE MONEY IS YOURS.
YOU ARE CONSIDERED AN INDEPENDENAT CONTRACTOR.
YOU ARE NOT AN EMPLOYEE.
YOU WILL NOT GET A PAYCHECK AND YOU ARE NOT ON OUR BOOKS.
YOU ARE RESPONSIBLE FOR PAYING YOUR OWN TAXES.

D000009

# HOW TO GET FIRED

ALL OF OUR RULES ARE SIMPLE. IF YOU FOLLOW THEM, WE
WILL ALL BE FINE AND YOU CAN MAKE A DECENT LIVING.
WE HAVE NO PATIENCE FOR DANCERS WHO BREAK OUR RULES.

YOU MUST CONFIRM YOUR SHIFT ONE DAY BEFORE WORKING.
CALL 973-680-4223.
LEAVE YOUR NAME, THE DAY AND THE TIME YOU ARE WORKING.
SPEAK CLEARLY PLEASE.
DO NOT CANCEL ON THE SAME DAY.  SHOW UP ON TIME.
A DANCER WHO DOESN'T COME TO WORK IS USELESS.

## FIGHTING:
DO NOT START A FIGHT WITH ANYONE. YOU WILL BE FIRED.

## GOSSIP:
DO NOT SPEAK BADLY ABOUT ANOTHER DANCER TO A CUSTOMER.
YOU WILL BE FIRED.

## DRUGS:
DO NOT USE, SELL OR BUY DRUGS HERE. YOU WILL BE FIRED.

## NUDITY:
DO NOT EXPOSE YOURSELF IN ANY WAY. YOU WILL BE FIRED.

## SEX:
DO NOT HAVE ANY KIND OF SEX WITH A CUSTOMER, YOU ARE A
DANCER NOT A PROSTITUTE. YOU WILL BE FIRED.

D000010

# SOME GOOD ADVICE:

## ALCOHOL:

WE DON'T MIND IF YOU DRINK AND HAVE SOME FUN.
PLEASE DON'T DRIVE DRUNK OR BEHAVE POORLY.

## PHONES:

PLEASE DO NOT SIT AT THE BAR AND LOOK AT YOUR PHONE.
YOU CAN DO THAT IN THE LOUNGE OR THE CHANGING ROOM.

## CHANGING ROOM:

WE HAVE A VERY NICE CHANGING ROOM HERE FOR YOU. PLEASE KEEP
IT NICE. THROW AWAY YOUR GARBAGE AND BRING YOUR PLATES AND
CUPS BACK DOWNSTAIRS. THERE ARE PLENTY OF SHELVES TO PUT YOUR
BAGS ON. PLEASE DO NOT PUT YOUR BAGS ON THE FLOOR OR ON THE
MAKEUP SHELVES. TRY TO BE CONSIDERATE OF OTHERS.

## SMOKING:

YOU CAN SMOKE IN THE CIGAR LOUNGE. DO NOT SMOKE ANYWHERE
ELSE, INCLUDING THE BATHROOMS OR CHANGING ROOMS.

## RETURNING CALLS:

IT MAKES THE MANAGERS CRAZY WHEN A DANCER DOESN'T
RETURN A CALL OR A TEXT. WE KNOW YOU SEE IT.
WE KNOW YOU SEE IT.
WE DON'T CARE IF YOU CAN'T WORK OR WHATEVER, JUST TELL US.