# EXHIBIT C



DEFENDANT'S EXHIBIT
PENGAD 800-631-6989

# DANCERS

NOW THAT SUMMER IS HERE, SOME DANCERS THINK THAT IT'S OK TO START CANCELING ON SATURDAY AND SUNDAY.
## IT'S NOT.

THIS IS YOUR JOB, IF YOU BOOKED A SATURDAY OR SUNDAY YOU NEED TO HONOR YOUR COMMITMENT. IF YOU CHOOSE NOT TO, YOU WILL LOSE BOOKINGS AND MAYBE YOUR JOB.

WE TRY TO BE HELPFUL. BUT I'M ALREADY LOSING PATIENCE WITH LAST MINUTE EXCUSES FOR NOT COMING TO WORK.
THANK YOU, BANC

# DANCERS
*WE ARE STARTING BOOKINGS RIGHT NOW!!!!*

*GET YOUR APPOINTMENT BOOKS FOR 2017. BILLY WILL BE IN TOUCH.*

*IF YOU DON'T HAVE YOUR BOOK, YOU ARE GOING TO MISS OUT.*

*THANKS, BANC*

## DANCERS

It is time to stop
coming in late.
If you are not
here at least
**20 Minutes**
before your shift
you may be
sent home.



## DANCER RULES

You must confirm your booking
**ONE DAY**
in advance. Call 973-680-4223.
Leave your name, day and
the shift you are working.
PLEASE, Speak Slowly and Clearly.

You may cancel one or more days in
advance, you must call 973-748-3699
AND SPEAK TO A MANAGER.
Do not cancel on the day you are working.
DO NOT COVER YOUR OWN SHIFT!

We expect you to show up on time for
your bookings, if you choose not to or
don't come at all, we will part ways.

### AT WORK
The House Fee is $30

Please pay a manager without being asked.

### Please
Be on time.
Stage time is 15 minutes.
Behind the bar 15 more minutes.
Do not use your phone behind the bar.
Take care of your personal needs and
bathroom breaks while you are on
your free time. Do not leave your set
early. If you are working a day shift,
you must talk to a manager before
going home, do not just leave.

YOU MAY DO A CHAMPAGNE DANCE
AT ANY TIME, JUST ASK A MANAGER!

### PRIVATE DANCES
You may do private dances on your off time,
dances are $20 and approximately 5 minutes.

RULES
The 2 NEW ROOMS are to be used only
when there is a line for the 4 OLD ROOMS.

Please be on stage, on time.

Don't make us look for you.
Do not go down on your knees, ever.
If you have a problem with a customer, tell a
manager immediately, we are on your side.

No sex of any kind, ever!
Do not get cute and try to cheat a
customer out of time or money.

**YOU WILL BE FIRED
IMMEDIATELY!!!!**

## DRUGS
If you buy, sell or use
Illegal Drugs of any kind,
YOU WILL BE FIRED.
NO EXCEPTIONS!!

## DRINKING
Do not try to drink if
you are underage, ever!
Please don't drink and
drive, we like you alive.

## CLOTHING
Please change your outfits
between sets, do not wear the
same outfit for more than two sets.
This is a GO-GO-BAR,
please dress accordingly.
This means G-Strings, Thongs,
Lingerie, Bikinis and other Sexy
Outfits. Dresses, Skirts Pants,
etc. are to be removed within 5
minutes of going on stage.

## FOOD
You may order food from our kitchen or
from outside, please tell the DJ if you have
a delivery coming so he can call you.

Please do not throw the silverwear,
plates or glasses in the garbage.
Bring them down to the kitchen or
leave in the dressing room.

Please do not Interrupt the massage
girl or her client while they are busy.

THIS IS A SIMPLE PLACE TO
WORK, FOLLOW THE RULES
AND YOU WILL MAKE GOOD
MONEY WITH VERY
LITTLE PROBLEMS. TREAT
OUR BAR WITH RESPECT
AND YOU WILL BE
TREATED WITH RESPECT.

LAST OF ALL,
PLEASE BE FRIENDLY,
FUN AND COURTEOUS.

Thank You,
Banc and Jack

## LADIES

THERE IS ONE SMALL CHANGE FOR 2017!
TOO MANY DANCERS ARE WEARING
TOO MANY BLACK OUTFITS.
IT'S BORING
IT'S TIME TO ADD SOME
MORE COLOR.

EVERY DANCER WILL BE
EXPECTED TO HAVE AT LEAST
4 DIFFERENT COLOR OUTFITS
PER SHIFT AND TO WEAR THEM.

YOU WILL LEARN TO
LOVE THE COMPLIMENTS.
THIS IS NOT A SUGGESTION.

THE MANAGERS WILL BE PAYING
ATTENTION AND IF YOU DECIDE
YOU ARE ONLY GOING TO WEAR
BLACK, YOU WILL BE SENT HOME.

IT'S ALSO A GOOD IDEA TO HAVE
AT LEAST 2 PAIRS OF SHOES.

OUR RULES HERE ARE SIMPLE,
LET'S TRY TO PAY ATTENTION TO
THEM SO WE ALL CAN HAVE A
HAPPY NEW YEAR.
THANKS, BANC

## DANCERS

WHY CAN'T YOU JUST FOLLOW
OUR SIMPLE RULES?

IT'S SO EASY, HAVE FUN, BE
FRIENDLY, MAKE A FEW BUCKS.

IF YOU WANT TO BE A CRIMINAL,
AN ASSHOLE OR A PROSTITUTE.

GO SOMEWHERE ELSE PLEASE.

### FIRED
HAVING SEX IN THE
CHAMPAGNE ROOM.



### FIRED
CHEATING CUSTOMERS IN
THE LAPDANCE ROOM.



### FIRED
FOR NOT PAYING
ATTENTION TO OUR RULES.



P00006



HING
your outfits
not wear the
e than two sets.
-GO-BAR,
ccordingly.
ings, Thongs,
nd other Sexy
Skirts Pants,
oved within 5
g on stage.
D
om our kitchen or
the DJ if you have
he can call you.
the silverwear,
the garbage.
the kitchen or
sing room.
pt the massage
e they are busy.
E PLACE TO
THE RULES
MAKE GOOD
H VERY
MS. TREAT
RESPECT
ILL BE
RESPECT.
ALL,
RIENDLY,
URTEOUS.
ou,
and Jack
IT'S SO EASY NOT TO
GET FIRED FROM HERE
JUST DON'T DO STUPID SHIT LIKE THIS!
Dancer Name Bella No Show
Dancer Name BELLA No Show
Dancer Name Bella NO SHOW DATE 11 / 6 / 15
Dancer Name BELLA NO SHOW DATE 11 / 19 / 15
Stage
Real N
Street:
Town:
Cell Ph
Date of
Soc. Se
Signat
IF YOU DON'T WANT
TO WORK HERE,
THEN DON'T SHOW UP.
BUH BYE!!
FIRED FOR
SEX IN THE
CHAMPAGNE
ROOM.
DON'T DO IT.
IF YOU WANT TO BE
A PROSTITUTE, GO
TO SATIN DOLLS.
THEY WANT YOU
THERE.
FIRED →
CONFIRM YOUR
BOOKINGS. OR BYE!
Giselle NOT CONFIRMED No Show DATE NOTES
GISELLE NOT CONFIRMED DATE 12 / 23 / 15 NOTES
GISELLE NO SHOW DATE NOTES

P00007

## DANCER RULES

You must confirm your booking
**ONE DAY**
in advance. Call 973-680-4223.
Leave your name, day and
the shift you are working.
*PLEASE, Speak Slowly and Clearly.*

You may cancel one or more days in
advance, you must call 973-748-3699
*AND SPEAK TO A MANAGER.*
Do not cancel on the day you are working.
*DO NOT COVER YOUR OWN SHIFT!*

We expect you to show up on time for
your bookings, if you choose not to or
don't come at all, we will part ways.

## AT WORK
### The House Fee is $30

Please pay a manager without being asked.

### Please

Be on time.
Stage time is 15 minutes.
Behind the bar 15 more minutes.
Do not use your phone behind the bar.
Take care of your personal needs and
bathroom breaks while you are on
your free time. Do not leave your set
early. If you are working a day shift,
you must talk to a manager before
going home, do not just leave.

**YOU MAY DO A CHAMPAGNE DANCE
AT ANY TIME, JUST ASK A MANAGER!**

### PRIVATE DANCES
You may do private dances on your off time,
dances are $20 and approximately 5 minutes.

**RULES**
The 2 NEW ROOMS are to be used only
when there is a line for the 4 OLD ROOMS.

Please be on stage, on time.

Don't make us look for you.
Do not go down on your knees, ever.
If you have a problem with a customer, tell a
manager immediately, we are on your side.

No sex of any kind, ever!
Do not get cute and try to cheat a
customer out of time or money.

## YOU WILL BE FIRED IMMEDIATELY!!!!

---

Do not try to drink if
you are underage, ever!
Please don't drink and
drive, we like you alive.

## CLOTHING
Please change your outfits
between sets, do not wear the
same outfit for more than two sets.
This is a GO-GO-BAR,
please dress accordingly.
This means G-Strings, Thongs,
Lingerie, Bikinis and other Sexy
Outfits. Dresses, Skirts Pants,
etc. are to be removed within 5
minutes of going on stage.

## FOOD
You may order food from our kitchen or
from outside, please tell the DJ if you have
a delivery coming so he can call you.

Please do not throw the silverwear,
plates or glasses in the garbage.
Bring them down to the kitchen or
leave in the dressing room.

Please do not interrupt the massage
girl or her client while they are busy.

**THIS IS A SIMPLE PLACE TO
WORK, FOLLOW THE RULES
AND YOU WILL MAKE GOOD
MONEY WITH VERY
LITTLE PROBLEMS. TREAT
OUR BAR WITH RESPECT
AND YOU WILL BE
TREATED WITH RESPECT.**

## LAST OF ALL,
PLEASE BE FRIENDLY,
FUN AND COURTEOUS.

Thank You,
Banc and Jack

---



IT'S SO EASY NOT TO
GET FIRED FROM HERE

JUST DON'T DO STUPID SHIT LIKE TH

| Dancer Name | Dancer Name |
|---|---|
| Bella | BELLA |
| No Show | No Show |

Stage
Real N
Street
Town:

| Dancer Name | Dancer Name |
|---|---|
| Bella | BELLA |

Cell Ph
Date o
Soc. S
Signat

| NO SHOW | NO SHOW |
|---|---|
| DATE | DATE |
| 11/6/15 | 11/19/15 |

IF YOU DON'T WANT
TO WORK HERE,
THEN DON'T SHOW UP.
BUH BYE!!

IF Y
A P
TO
TH