



**NO SMOKING**

THIS ROOM IS NOW SMOKE FREE
PLEASE USE THE LOUNGE

IF THE DOOR IS LOCKED
ASK A MANAGER TO OPEN IT

DO NOT GO BEHIND THE
BAR FOR ANY REASON

---

**DANCERS**

This Room is **NO SMOKING!**

It makes me angry that my rule is being ignored and that you are being disrespectful to the other dancers. Anyone caught smoking in this room will be fired. —Banc

P00010





P00012







# LADIES

THERE IS ONE SMALL CHANGE FOR 2017!
TOO MANY DANCERS ARE WEARING TOO MANY BLACK OUTFITS.
IT'S BORING
IT'S TIME TO ADD SOME MORE COLOR.

EVERY DANCER WILL BE EXPECTED TO HAVE AT LEAST 4 DIFFERENT COLOR OUTFITS PER SHIFT AND TO WEAR THEM.

YOU WILL LEARN TO LOVE THE COMPLIMENTS.
THIS IS NOT A SUGGESTION.

THE MANAGERS WILL BE PAYING ATTENTION AND IF YOU DECIDE YOU ARE ONLY GOING TO WEAR BLACK, YOU WILL BE SENT HOME.

IT'S ALSO A GOOD IDEA TO HAVE AT LEAST 2 PAIRS OF SHOES.

OUR RULES HERE ARE SIMPLE, LET'S TRY TO PAY ATTENTION TO THEM SO WE ALL CAN HAVE A HAPPY NEW YEAR.
THANKS, BANC