# EXHIBIT D

# THIS WEEK
## MARCH 20TH TO MARCH 26TH

### NOON – 7PM

| Day | Names |
|---|---|
| Monday 20 | |
| Tuesday 21 | |
| Wednesday 22 | |
| Thursday 23 | ANNA M BRANDY ANGELIKA CARLEY ANGELA IRINA Z LAYLA CALI |
| Friday 24 | KATERINA LEXI JULIA R LANA A ALBINA VALERIE ANETTE MIKA |
| Saturday 25 | CARLEY ALBINA KAMILLA K DIANA K LARA CALI |
| Sunday 26 | BRANDY DIANA M HARMONY EMILY PORSHA |

### 3PM – 9PM

| Day | Names |
|---|---|
| Monday 20 | ANNA M MARINA M LANA A MELISSA M CASEY HARMONY BRANDY KATIE S |
| Tuesday 21 | LARA ANGELIKA MIKA ANETTE LEXI RENEE IRINA Z MELISSA M |
| Wednesday 22 | ALEXANDRA EMILY LENA PRICILA JULIA R VALERIE DANIELLE NIKOL |
| Thursday 23 | RENEE YANA S KASSASNDRA CASEY JULIA N PORSHA JASMINE |
| Friday 24 | ANASTASIA A MELISSA M PRICILA BRIANNA MARINA M |
| Saturday 25 | DEANNA EMILY LENA ANGELA JASMINE NIKOL FANCY |
| Sunday 26 | ALEXANDRA ANNY VICTORIA S KATIE S CATHERINE JULIA N HONEY MARINA M |

### 7PM – 2AM

| Day | Names |
|---|---|
| Monday 20 | MIA YANA S JENNA FELICIA AYSHA ANGELA KIM LAYLA ZOE |
| Tuesday 21 | DIANA M CHRISTINA C LA KRISTINA A MYSTIQUE LOLA GEMINI GIGI DANNA VERONICA Z ADELLA VICTORIA |
| Wednesday 22 | OLIVIA LINA LILLY ANGELA B BARBIE BRIANNA JULIA KATIE S LUCY NINA KAILY |
| Thursday 23 | ALLY LIZA R MIA FELICIA NIKITA VICTORIA N VICTORIA S HARPER LOLA ZOE ADELLA FANCY |
| Friday 24 | CATHERINE KYLLE HONEY KRISTINA A JULIA LUCY NINA MYSTIQUE LINA DANNA |
| Saturday 25 | LINA LILLY ANGELA B BARBIE VICTORIA N PEARL CHRISTINA C KAREN VICTORIA GIGI VERONICA Z LA |
| Sunday 26 | ALLY OLIVIA LIZA R KYLLE RAVEN HARPER SOPHIA K AYSHA |

# NEXT WEEK
# MARCH 27TH TO APRIL 2ND
## NOON – 7PM

| Day | Names |
|---|---|
| Monday 27 | |
| Tuesday 28 | |
| Wednesday 29 | |
| Thursday 30 | LEXI JULIA R ANGELA LAYLA |
| Friday 31 | ANGELIKA CARLEY ALBINA MIKA IRINA Z |
| Saturday 1 | ANNA M KATERINA KATERINA |
| Sunday 2 | JULIA R ALBINA KAMILLA K MARINA LOLA IRINA Z |

## 3PM – 9PM

| Day | Names |
|---|---|
| Monday 27 | ALEXANDRA LEXI CARLEY VALERIE MELISSA M ANNA M ANITA |
| Tuesday 28 | EMILY LENA RENEE LANA MIKA MARINA M |
| Wednesday 29 | ANETTE ANGELIKA PRICILA VICTORIA S VALERIE DANIELLE |
| Thursday 30 | ALEXANDRA RENEE NIKITA PORSHA JASMINE KASSANDRA MARINA M NINA |
| Friday 31 | EMILY LENA PRICILA ANGELA B KATIE S DANIELLE KIM |
| Saturday 1 | DEANNA MARINA M JASMINE HARPER |
| Sunday 2 | KIM VICTORIA JULIA N |

## 7PM – 2AM

| Day | Names |
|---|---|
| Monday 27 | OLIVIA VERONICA S LINA ANGELA B BRIANNA LUCY VERONICA Z LAYLA |
| Tuesday 28 | MIA YANA S BARBIE VICTORIA N JULIA AYSHA RAVEN KATIE S JULIA N VICTORIA NINA GEMINI |
| Wednesday 29 | ALLY VERONICA S LILLY JENNA DIANA M FELICIA LA KRISTINA HARPER LOLA GIGI CATHERINE |
| Thursday 30 | OLIVIA LIZA R SOPHIA K LINA YANA S CHRISTINA C JULIA VICTORIA MYSTIQUE VERONICA Z DANNA ADELLA |
| Friday 31 | YANA KERRY MIA LILLY BARBIE VICTORIA N PEARL RAVEN DIANA K KAREN CATHERINE |
| Saturday 1 | ALLY KYLLE FELICIA LA KRISTINA A VICTORIA S LUCY NINA LIZA R |
| Sunday 2 | BRIANNA PEARL CHRISTINA C AYSHA MYSTIQUE GIGI DANNA KERRY SOPHIA K |