# EXHIBIT E

## THIS WEEK
## APRIL 15TH TO APRIL 21ST

### NOON – 7PM

| Day | Staff |
|---|---|
| Monday 15 | |
| Tuesday 16 | |
| Wednesday 17 | |
| Thursday 18 | ALBINA TIFFANY LANA A JULIA M JULIA R ALICE ALBINA M CRYSTAL |
| Friday 19 | LEA ANGELIKA KATALINA ALBINA EUGENA MISHKA JULIA M YASMIN |
| Saturday 20 | JULIA E KATRINA CYNTHIA NATALIA JULIA R YOLANDA ALICE CRYSTAL |
| Sunday 21 | CLOSED FOR EASTER! ENJOY THE HOLIDAY! |

### 3PM – 9PM

| Day | Staff |
|---|---|
| Monday 15 | MARINA M JULIA E KATRINA SASHA B JULIA M EXTRELLA ANNA F KATIE S |
| Tuesday 16 | YANA S NINA DANNI VERONICA LINDSEY PATTY MISHKA KASSANDRA |
| Wednesday 17 | YANA S RENEE ANGELIKA KATALINA NATALIA MILET AUBREY ANGELA B |
| Thursday 18 | CYNTHIA MARINA M SASHA B DANNI VERONICA SOPHIE LINDSEY PATTY |
| Friday 19 | CHANTAL YANA S NINA DIANA M LARA M ALEX N ANGELA B MILET AUBREY |
| Saturday 20 | ANNA M RENEE BREA DANNI ALEXA ANNA F LEA IVY KASSANDRA |
| Sunday 21 | CLOSED FOR EASTER! ENJOY THE HOLIDAY! |

### 7PM – 2AM

| Day | Staff |
|---|---|
| Monday 15 | CALI MIA JESS LARA M KRISTINA A |
| Tuesday 16 | IRINA K VICTORIA N VERONICA S DIANA M ANASTASIA F ALEX N INDIA IVY ALICE |
| Wednesday 17 | ALEXANDRA RAVEN ANASTASIA LILLY LARA M KRISTINA A CHRISSY VANESSA CHANTAL YASMIN |
| Thursday 18 | IRINA K VERONICA S MIA BREA ALICE BRIANNA DANNA ALLY |
| Friday 19 | VICTORIA N CHRISSY RAVEN OLIVIA YOLANDA MIA L JESS VANESSA CALI |
| Saturday 20 | SOPHIA MIA ANASTASIA ALLY LILLY INDIA ALINA DANNA KAILY SASHA KATIE S |
| Sunday 21 | CLOSED FOR EASTER! ENJOY THE HOLIDAY! |

## NEXT WEEK
## APRIL 22ND TO APRIL 28TH

### NOON – 7PM

| Day | Names |
|---|---|
| Monday 22 | |
| Tuesday 23 | |
| Wednesday 24 | |
| Thursday 25 | RENEE ANGELIKA ALBINA JULIA M EUGENA JULIA R CHARMIN KASSANDRA |
| Friday 26 | KATALINA ALBINA LANA A LAYLA SARA MISHKA CHARMIN VERONICA S |
| Saturday 27 | ANGELIKA EUGENA JULIA R NATALIA CRYSTAL ALICE CYNTHIA SOPHIA |
| Sunday 28 | RENEE LANA A MILET MISHKA ALEXA |

### 3PM – 9PM

| Day | Names |
|---|---|
| Monday 22 | SARA JULIA E KATRINA NATALIA VANESSA |
| Tuesday 23 | YANA S AUBREY ANGELIKA PATTY DANNI NINA ANGELA B LINDSEY |
| Wednesday 24 | YANA S KATALINA MARINA M JULIA E KATRINA VERONICA SOPHIA ESTRELLA |
| Thursday 25 | SASHA B DANNI ALICE LARA M ESTRELLA CYNTHIA ANNA M |
| Friday 26 | LINDSEY YANA S LEA MARINA M NINA ALEXABDRA VERONICA CHANTAL ANGELA B |
| Saturday 27 | BREA SASHA B DANNI DIANA M ALEXA ALEX N RAVEN LEA |
| Sunday 28 | BREA PATTY LARA M CHRISSY CHANTAL NINA ANNA M |

### 7PM – 2AM

| Day | Names |
|---|---|
| Monday 22 | VICTORIA N LAYLA VERONICA S |
| Tuesday 23 | IRINA K JESS KATIE S MIA IVY LARA M KRISTINA A |
| Wednesday 24 | ALEXANDRA VERONICA S ANASTASIA LILLY ALEX N RAVEN CHRISSY SOFIA T |
| Thursday 25 | IRINA K VICTORIA N IVY SASHA DIANA M DANNA KRISTINA A ALLY AUBREY |
| Friday 26 | CHRISSY MIA LILLY LIZA R OLIVIA BRIANNA KYLLE MIA L VANESSA |
| Saturday 27 | PEARL ANASTASIA JESS ALINA DANNA YOLANDA ALLY AUBREY SOFIA T |
| Sunday 28 | SASHA LILLY LIZA R CHRISTINA C BRIANNA KYLLE |